IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHN REES,                                           :

     Plaintiff,                                  :
                                                CIVIL ACTION 08-0306-WS-C
vs.                                                  :

DANIEL P. MITCHELL                                   :

     Defendant.                                  :


ORDER

      After due and proper consideration of all portions of  this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 30, 2008 is ADOPTED as the opinion of this Court.

      **DONE** and **ORDERED** this 21st day of July, 2008.


                        s/WILLIAM H. STEELE
                        UNITED STATES DISTRICT JUDGE