IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHN REES, :

    Plaintiff, :

: CIVIL ACTION 08-0306-WS-C

vs. :

DANIEL P. MITCHELL :

    Defendant. :

## JUDGMENT

It is ORDERED, ADJUDGED and DECREED that this cause be DISMISSED with prejudice as the plaintiff has failed to state a claim upon which relief can be granted and that the case is frivolous.

**DONE** and **ORDERED** this 21st day of July, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE